UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HORACE DEWAYNE ALLEN,                    Civil No. 10-4205 (MJD/JSM)

    Plaintiff,

v.                                        ORDER

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A.,
MERRILL LYNCH BANK USA,
PHH MORTGAGE CORPORATION, and
WELLS FARGO & COMPANY,

    Defendants.

The above matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated May 9, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all the files, records and proceedings herein, the Court now makes and enters the following Order.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's Motions to Remand [Docket Nos. 4, 8] are denied.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: June 16, 2011　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court